Official Form 1 (10/06)

**United States Bankruptcy Court**

Northern _____ DISTRICT OF _____ Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): Diggs, Stacy Amanda | Name of Joint Debtor (Spouse) (Last, First, Middle): |

All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names)

All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names)

Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all) 4630

Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all)

Street Address of Debtor (No. and Street, City, and State):
322 Whidah Court
Schaumburg, IL      60194
ZIP Code

Street Address of Joint Debtor (No. and Street, City, and State):
ZIP Code

County of Residence or of the Principal Place of Business:
Cook

County of Residence or of the Principal Place of Business:
ZIP Code

Mailing Address of Debtor (if different from street address):
ZIP Code

Mailing Address of Joint Debtor (if different from street address):
ZIP Code

Location of Principal Assets of Business Debtor (if different from street address above):
ZIP Code

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box.)

- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [x] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|------|-------|---------|---------|-------------|--------------|---------------|---------------|----------------|--------------|
| [x]  | [ ]   | [ ]     | [ ]     | [ ]         | [ ]          | [ ]           | [ ]           | [ ]            | [ ]          |

Estimated Assets

| [x] $0 to $10,000 | [ ] $10,000 to $100,000 | [ ] $100,000 to $1 million | [ ] $1 million to $100 million | [ ] More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| [x] $0 to $50,000 | [ ] $50,000 to $100,000 | [ ] $100,000 to $1 million | [ ] $1 million to $100 million | [ ] More than $100 million |
|---|---|---|---|---|

Official Form 1 (10/06)                                                                    Form B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**Official Form 1 (10/06)**

| Voluntary Petition | Name of Debtor: | Form B1, Page 3 |
|---|---|---|
| *(This page must be completed and filed in every case.)* | | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Stacy A. Diggs*
　　Signature of Debtor

X
　　Signature of Joint Debtor

Telephone Number (if not represented by attorney) *224-489-9778*

Date *8/3/07*

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code Certified copies of the documents required by 11 U.S.C. § 1515 are attached

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached

X
　　(Signature of Foreign Representative)

　　(Printed Name of Foreign Representative)

Date

**Signature of Attorney**

X
　　Signature of Attorney for Debtor(s)

　　Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer ) (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
　　Signature of Authorized Individual

　　Printed Name of Authorized Individual

　　Title of Authorized Individual

　　Date

Form B6B
(10/05)

In re ___Stacy Diggs___,
         Debtor

Case No. _____
                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | 1. 322 Whidah Court Schaumburg, IL | | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | 2. Checking Account P.O. Box 467458 Atlanta, GA 31146 | | $ -2.39 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ✓ | 3. Don't have. | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ✓ | 4. none | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | ✓ | 5. none | | |
| 6. Wearing apparel. | ✓ | 6. none | | |
| 7. Furs and jewelry. | ✓ | 7. none | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | ✓ | 8 none | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ✓ | 9. none | | |
| 10. Annuities. Itemize and name each issuer. | ✓ | 10 none | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | ✓ | 11. none | | |

Form B6B-Cont
(10/05)

In re _____,
          Debtor

Case No. _____
                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | ✓ | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | ✓ | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | ✓ | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | ✓ | | | |
| 16. Accounts receivable. | ✓ | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ✓ | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | ✓ | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | ✓ | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ✓ | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ✓ | | | |

Form B6B-cont
(10/05)

In re _____,          Case No. _____
                    **Debtor**                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | ✓ | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | ✓ | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | ✓ | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 25. 91 Honda Civic 322 Whidah Court Schaumburg, IL 60194 98 Mercury Sable Car was stolen | | Honda Civic $200.00 Mercury Sable $14,000 |
| 26. Boats, motors, and accessories. | ✓ | | | |
| 27. Aircraft and accessories. | ✓ | | | |
| 28. Office equipment, furnishings, and supplies. | ✓ | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | ✓ | | | |
| 30. Inventory. | ✓ | | | |
| 31. Animals. | ✓ | 31. Dog (Beagle) 322 Whidah Court Schaumburg, IL 60194 | | $0 |
| 32. Crops - growing or harvested. Give particulars. | ✓ | | | |
| 33. Farming equipment and implements | ✓ | | | |
| 34. Farm supplies, chemicals, and feed. | ✓ | | | |
| 35. Other personal property of any kind not already listed. Itemize. | ✓ | | | |

_____ continuation sheets attached    Total ▶ | $ 14,000
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6D
(6/90)

In re _____   Case No. _____
_____Debtor_____                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_____ continuation sheets attached

Subtotal▶ $ _____
(Total of this page)

Total▶ $ _____
(Use only on last page)

(Report total also on Summary of Schedules)

*Credit Report is Attached* (handwritten in left margin)

Official Form 6F (10/06) - Cont.

In re _____,                    Case No. _____
                        **Debtor**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4200105686 America's Financial CHOI 2 W. Madison St., Suite 200 Oak Park IL. 60302 | | | Collection Account | | | | $1,296 |
| ACCOUNT NO. 533865 Cab Services 60 Barney Dr. Joliet, IL 60435 | | | Collection Account | | | | $96.00 |
| ACCOUNT NO. 78724160 Collection Company 700 Longwater Dr. Norwell, MA 02061 | | | Collection Account | | | | $67 |
| ACCOUNT NO. 579166 Computer Cr SVC 5340 N. Clark st Chicago, IL 60640 | | | Collection Account | | | | $1,350 |
| ACCOUNT NO. 1591201 Creditors Collection P.O. Box 63 Kankakee IL 60901 | | | Collection Account | | | | $607 |

Sheet no.___of___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 0

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06)

In re _____,          Case No. _____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1160435 <br> FJR Asset Mgmt. <br> 2855 Mangum Rd <br> A-100 <br> Houston, TX 77092 | | | Collection Account | | | | $789 |
| ACCOUNT NO. 424172313 <br> IC System Collect. <br> P.O. Box 64378 <br> Saint Paul MN 55164 | | | Collection Account | | | | $150 |
| ACCOUNT NO. 5078336 <br> Marauder Corp <br> 74923 Highway 111 <br> Indian Wells, CA 92210 | | | Collection Account | | | | $725 |
| ACCOUNT NO. 1634820 <br> Med Collection Service <br> 725 S. Wells St <br> Ste. 700 <br> Chicago, IL 60607 | | | Collection Account | | | | $100 |
| | | | | | Subtotal▶ | | $ 0 |
| | | | | | Total▶ | | $ |

_____continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re _____,          Case No. _____
                          **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 209195 Professional Recovery 600 17th st. #2600/ Denver, CO 80202 | | | Collection Account | | | | $1,210 |
| ACCOUNT NO. 425995000 3083991 Next Card P.O. Box 922968 Norcross, GA 30010 | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.___of___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $0

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6I (10/06)

In re _Stacy Diggs_____,
    **Debtor**

Case No. _____
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| RELATIONSHIP(S): | | AGE(S): |
| Employment: | DEBTOR | SPOUSE |
| Occupation | Research Assistant | |
| Name of Employer | Volt | |
| How long employed | 2 mnths | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 1400.00 | $_____ |
| 2. Estimate monthly overtime | $ 0 | $_____ |
| 3. SUBTOTAL | $0 1400.00   $0 | |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $_____ | $_____ |
| b. Insurance | $_____ | $_____ |
| c. Union dues | $ 0 | $_____ |
| d. Other (Specify): _____ | $_____ | $_____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $0   $0 | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $0 1408.00   $0 | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0 | $_____ |
| 8. Income from real property | $ 0 | $_____ |
| 9. Interest and dividends | $ 0 | $_____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0 | $_____ |
| 11. Social security or government assistance (Specify):_____ | | |
| 12. Pension or retirement income | $ 0 | $_____ |
| 13. Other monthly income (Specify): | $ 0 | $_____ |
| | $ 0 | $_____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $0 0   $0 | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $0 1408   $0 | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $0 1,408 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

Official Form 6J (10/06)

In re _Stacy Diggs_____
       Debtor

Case No._____
              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)
   a. Are real estate taxes included?   Yes _____ No ✓
   b. Is property insurance included?   Yes _____ No ✓         $ 0

2. Utilities:  a. Electricity and heating fuel                    $ 200.00
               b. Water and sewer                                 $ 25.00
               c. Telephone                                       $ 180.00
               d. Other _Cable_

3. Home maintenance (repairs and upkeep)                          $ 109.00
4. Food                                                           $ 225.80
5. Clothing                                                       $ 115.70
6. Laundry and dry cleaning                                       $ 165.00
7. Medical and dental expenses                                    $ 75.00
8. Transportation (not including car payments)                    $ 89.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc. $ 120.00 gas
10. Charitable contributions                                      $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)  $ _____
    a. Homeowner's or renter's
    b. Life                                                       $ _____
    c. Health                                                     $ _____
    d. Auto                                                       $ _____
    e. Other _____                     $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)  $ _____
    (Specify) _____
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)  $ _____
    a. Auto                                                       $ _____
    b. Other _____                     $ _____
    c. Other _____                     $ _____
14. Alimony, maintenance, and support paid to others              $ _____
15. Payments for support of additional dependents not living at your home  $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)  $ _____
17. Other _____                        $ _____
18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,
    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ 0 1303
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    _____
    _____

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I               $ 1408
    b. Average monthly expenses from Line 18 above                     $ 0 1303
    c. Monthly net income (a. minus b.)                                $ 0 105

Official Form 6 - Declaration (10/06)

In re _____,      Case No. _____
        **Debtor**                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date 9/4/07                          Signature: *Stacy A Clapp*
                                                              **Debtor**

Date _____          Signature _____
                                                          (Joint Debtor, if any)

                                              [If joint case, both spouses must sign.]

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____               _____
Printed or Typed Name and Title, if any,             Social Security No.
of Bankruptcy Petition Preparer                      (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address _____

X _____
Signature of Bankruptcy Petition Preparer             _____
                                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                    Signature: _____

                              _____
                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 8
(10/05)

# United States Bankruptcy Court

_____ District Of _____ Illinois _____

In re Stacy Diggs
_____
Debtor

Case No. _____

Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☐ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C § 362(h)(1)(A) |
|---|---|---|
| | | |
| | | |

Date: 9/4/07

Stacy Diggs
_____
Signature of Debtor

------------------------------------------------------------------------

## DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____
Printed or Typed Name of Bankruptcy Petition Preparer
_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document._

Social Security No. (Required under 11 U.S.C. § 110.)
_____

Address
_____

X_____
Signature of Bankruptcy Petition Preparer     Date
_____

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

Official Form 7
(10/05)

# UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF _____ Illinois _____

In re: *Stacy Diggs*
Debtor

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                          SOURCE

2005 *Income from Wages* -
2006
2007, 1/2 (TD)

2

**2.  Income other than from employment or operation of business**



State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                SOURCE

---

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*



a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Greenwich Finance 380 W. Palatine Wheeling, IL 60090 | 12/1/06 | $100 | 14,000 |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

3

None ☒

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

5. **Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| United Auto Credit Corp 3990 Westerly Pl. Ste 200 Newport Beach, CA 92660 | 12/04 | 2000 Ford Explorer 9,500 11,000 |

6. **Assignments and receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

 b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

---

7.  **Gifts**

 List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

8.  **Losses**

☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 98 Mercury Sable $14,000 | Vehicle was stolen at my previous address. Was not insuranced | 2/28/07 |

---

9.  **Payments related to debt counseling or bankruptcy**

 List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

10.  **Other transfers**

None

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)



| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Professional Account 2040 W. Wisconsin Ave. Milwaukee, WI 53233 | Checking $55 | |

**12.  Safe deposit boxes**

None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

6

☐ None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| | | |

**14. Property held for another person**

☑ None    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | | |

**15. Prior address of debtor**

☐ None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 30w041 Granada Court Naperville, IL 60563 | Stacy Diggs | 12/05 - 6/07 |
| 605 Delta St. Rolling Fork, MS 39159 | Stacy Diggs | 8/05 - 12/05 |
| 8636 W. 85th st Justice, IL 60458 | Stacy Diggs | 8/04 - 8/05 |

**16. Spouses and Former Spouses**

☑ None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

 a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

 b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

 c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

8

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

 b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

 a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED

 b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                 ADDRESS                 DATES SERVICES RENDERED

 c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                          ADDRESS

9

 d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS

DATE ISSUED

---

**20.  Inventories**

 a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR

DOLLAR AMOUNT
OF INVENTORY
(Specify cost, market or other basis)

---

 b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES
OF CUSTODIAN
OF INVENTORY RECORDS

---

**21 .  Current Partners, Officers, Directors and Shareholders**

 a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

---

 b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS        TITLE

NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

---

**22 .  Former partners, officers, directors and shareholders**

 a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME

ADDRESS

DATE OF WITHDRAWAL

10

 b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

 If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

 If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION     TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

 If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND     TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 9/4/07

Signature
of Debtor _____

Date _____

Signature _____
of Joint Debtor
(if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____

Signature _____

Print Name and Title _____

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]*

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re _Stacy Diggs_

Case No _____

Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101. or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|

_Credit Report is attached with all the information_

Form 19A
(10/05)

# United States Bankruptcy Court

_____ District Of _____Illinois_____

In re ___*Stacy Diggs*___
     Debtor

Case No. _____

Chapter _____

## DECLARATION AND SIGNATURE OF NON-ATTORNEY
## BANKRUPTCY PETITION PREPARER (11 U.S.C. § 110)

I declare under penalty of perjury that:

(1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110;
(2) I prepared the accompanying document for compensation and have provided the debtor with a copy of
that document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and
(3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for
services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum
amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as
required by that section.

*Stacy A. Diggs*
Printed or Typed Name of Bankruptcy Petition Preparer

*If the bankruptcy petition preparer is not an individual, state the name, address, and social security number of the
officer, principal, responsible person or partner who signs this document.*

_____
Social Security No.

Address

X _____        _____
  Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document,
unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate
Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of
Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form 19B
(10/05)

# United States Bankruptcy Court

_____ District Of _____Illinois_____

In re  Stacy Diggs ,
                        Debtor

Case No. _____

Chapter _____

## NOTICE TO DEBTOR BY NON-ATTORNEY BANKRUPTCY PETITION PREPARER
*[Must be filed with any document prepared by a bankruptcy petition preparer.]*

   I am a bankruptcy petition preparer. I am not an attorney and may not practice law or give legal advice. Before preparing any document for filing as defined in § 110(a)(2) of the Bankruptcy Code or accepting any fees, I am required by law to provide you with this notice concerning bankruptcy petition preparers. Under the law, § 110 of the Bankruptcy Code (11 U.S.C. § 110), I am forbidden to offer you any legal advice, including advice about any of the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether commencing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to retain your home, car, or other property after commencing a case under the Bankruptcy Code;
- concerning the tax consequences of a case brought under the Bankruptcy Code;
- concerning the dischargeability of tax claims;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement with a creditor to reaffirm a debt;
- concerning how to characterize the nature of your interests in property or your debts; or
- concerning bankruptcy procedures and rights.

*[The notice may provide additional examples of legal advice that a bankruptcy petition preparer is not authorized to give.]*

   In addition, under 11 U.S.C. § 110(h), the Supreme Court or the Judicial Conference of the United States may promulgate rules or guidelines setting a maximum allowable fee chargeable by a bankruptcy petition preparer. As required by law, I have notified you of the maximum amount, if any, before preparing any document for filing or accepting any fee from you.

Stacy A. Diggs    9/4/07          _____
Signature of Debtor      Date         Joint Debtor (if any)       Date
*[In a joint case, both spouses must sign.]*

| AnnualCreditReport.com | ▶ Return to AnnualCreditReport.com | ▶ Frequently Asked Questions | ▶ Contact AnnualCre |

## TransUnion.

your products  **your accou**

| welcome | credit report | score | credit monitoring | debt analysis | learning center | free offers |

transunion credit report    **report an inaccuracy    consumer rights**

# Personal Credit Report
STACY A. DIGGS
Source: TransUnion

March 30, 2007
Available until Apr 29, 2007

🖨 Display a printer friendly version
❓ Found an inaccuracy? Click to learn about correcting

➤ **Stacy, remember to...**

**Get your credit score + tips for making it higher.**

**View your debt analysis.**

## Personal Information

| | | | |
|---|---|---|---|
| **Name:** | STACY A. DIGGS | **SSN:** | 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 |
| **Other Names:** | STACY EVANS | **Date of Birth:** | 09/1978 |
| You have been on our files since 11/1997 | | **Telephone** | 420-9425 |

**File Numl**
**Date Issu**

### CURRENT ADDRESS

| **Address:** | 8636 W. 85TH ST. JUSTICE, IL 60458 |
| **Date Reported:** | 01/2007 |

### PREVIOUS ADDRESSES

| **Address:** | 30W41 GRANADA CT., #101 NAPERVILLE, IL 60563 |
| **Date Reported:** | 09/2006 |
| **Address:** | 30 W. 041 GRANADA CT., #101 NAPERVILLE, IL 60563 |

### EMPLOYMENT DATA REPORTED

| **Employer Name:** | OFFICE TEAM | **Position:** | E |
| **Date Reported:** | 08/2006 | **Date Hired:** | |
| **Employer Name:** | DEPT OF HOMELAND SE | **Position:** | |
| **Date Reported:** | 12/2005 | **Date Hired:** | |
| **Employer Name:** | HOMELAND SECURITY | **Position:** | BAG SCREENER |
| **Date Reported:** | 01/2005 | **Date Hired:** | |
| **Employer Name:** | CHICAGO STAFFING | **Position:** | |
| **Date Reported:** | 12/2000 | **Date Hired:** | |

Special Notes: If any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not dis anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential cre bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an period of time depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public recor including discharged chapter 13 bankruptcy, remains for up to 7 years.

Transunion    Page 2 of 18

## COOK COUNTY 1ST MUNICIPA    Docket# 5M1186663

RICHARD J. DALEY
CENTER
CHICAGO , IL 60602
(312) 603-5030

| | |
|---|---|
| **Type:** | Civil Judgment |
| **Court Type:** | Circuit Court |

| | |
|---|---|
| **Date Filed:** | 12/2006 |
| **Responsibility:** | Individual |
| **Plaintiff:** | GFG LOAN COMP |
| **Amount:** | $1,406 |

**Estimated date that this item will be removed:**  11/2013

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 |
|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late |

## Adverse Accounts

The following accounts contain information that some creditors may consider to be adverse. Adverse account information may generally be [ ] years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been prin >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors account # may be scrambled by the creditor for your protection).

## AMERICA'S FINANCIAL CHOI #4200105656

2 W. MADISON ST.
SUITE 200
OAK PARK , IL 60302
(708) 524-5000

| | |
|---|---|
| **Balance:** | $1,296 |
| **Date Updated:** | 02/2007 |
| **High Balance:** | $1,000 |
| **Past Due:** | >$1,296< |
| **Terms:** | $182 for 8 months |

| | |
|---|---|
| **Pay Status:** | >120 Days Past |
| **Account Type:** | Installment Acco |
| **Responsibility:** | Individual Accou |
| **Date Opened:** | 09/2004 |

**Loan Type:** Unsecured
>Maximum delinquency of 120+ days in 10/2006 for $1,262<
**Estimated date that this item will be removed:**  09/2011

| Late Payments | | | | Last 4 | 120 | 120 | 120 | 120 |
|---|---|---|---|---|---|---|---|---|
| 4 months | | | | Months | '07 | dec | nov | oct |
| 30 | 60 | 90 | | | | | | |
| 0 | 0 | >4< | | | | | | |

## CAB SERVICES INC #533865

60 BARNEY DR
JOLIET , IL 60435-6402
(815) 725-1303

| | |
|---|---|
| **Balance:** | $96 |
| **Date Updated:** | 11/2006 |
| **Original Balance:** | $96 |
| **Original Creditor:** | CITY OF JOLIET PARKING TICKE |
| **Past Due:** | >$96< |

| | |
|---|---|
| **Pay Status:** | >Collection Acco |
| **Account Type:** | Open Account |
| **Responsibility:** | Individual Accou |

**Loan Type:** Open Account
**Remark:** >Placed for collection<
**Date placed for collection:** [ 07/2006]
**Estimated date that this item will be removed:**  06/2012

## CITIBANK NA #42563463020

701 EAST 60TH ST N
SIOUX FALLS , SD 57104-0432
(800) 967-2400

| | |
|---|---|
| **Balance:** | $12,571 |
| **Date Updated:** | 02/2007 |
| **High Balance:** | $12,141 |
| **Past Due:** | >$268< |
| **Terms:** | $38 for 240 months |

| | |
|---|---|
| **Pay Status:** | >120 Days Past |
| **Account Type:** | Installment Acco |
| **Responsibility:** | Individual Accou |
| **Date Opened:** | 05/2006 |

**Loan Type:** Student Loan
>Maximum delinquency of 120+ days in 11/2006 for $153<
**Estimated date that this item will be removed:**  07/2013

| Late Payments | | | | Last 8 | 120 | 120 | 120 | 90 | 90 | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 months | | | | Months | '07 | dec | nov | oct | sep | aug | jul | jun |
| 30 | 60 | 90 | | | | | | | | | | |
| >1< | 0 | >4< | | | | | | | | | | |

## CITIBANK NA #42563463021

701 EAST 60TH ST N
SIOUX FALLS , SD 57104-0432
(800) 967-2400

| | | | |
|---|---|---|---|
| **Balance:** | $8,191 | **Pay Status:** | >120 Days Past |
| **Date Updated:** | 02/2007 | **Account Type:** | Installment Acco |
| **High Balance:** | $7,910 | **Responsibility:** | Individual Accou |
| **Past Due:** | >$174< | **Date Opened:** | 05/2006 |
| **Terms:** | $24 for 240 months | | |

**Loan Type:** Student Loan
>Maximum delinquency of 120+ days in 11/2006 for $99<
**Estimated date that this item will be removed:** 07/2013

| Late Payments | | Last 8 | 120 120 120 90 30 OK OK OK |
|---|---|---|---|
| 8 months | | Months | '07 dec nov oct sep aug jul jun |
| 30 60 90 | | | |
| >1< 0 >4< | | | |

## CMI #28481911

4200 INTERNATIONAL
CARROLLTON , TX 75007-1912
(800) 377-7789

| | | | |
|---|---|---|---|
| **Balance:** | $224 | **Pay Status:** | >Collection Acco |
| **Date Updated:** | 04/2005 | **Account Type:** | Open Account |
| **Original Balance:** | $224 | **Responsibility:** | Individual Accou |
| **Original Creditor:** | WOW INTERNET AND CABLE SERVIC | | |
| **Past Due:** | >$224< | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 12/2004]
**Estimated date that this item will be removed:** 09/2011

## COLLECTION COMPANY OF AM #7872460

700 LONGWATER DRIV
NORWELL , MA 02061
(781) 681-4300

| | | | |
|---|---|---|---|
| **Balance:** | $67 | **Pay Status:** | >Collection Acco |
| **Date Updated:** | 11/2004 | **Account Type:** | Open Account |
| **Original Balance:** | $50 | **Responsibility:** | Individual Accou |
| **Original Creditor:** | AFFIRMATIVE INSURANCE NSF CH | | |
| **Past Due:** | >$67< | | |

**Loan Type:** Open Account
**Remark:** >Placed for collection<
**Date placed for collection:** [ 09/2004]
**Estimated date that this item will be removed:** 06/2011

## COLUMBUS B&T GEORGIA #4106360019963654

245 PERIMETER CTR
STE 600
ATLANTA , GA 30344
(800) 348-8783

| | | | |
|---|---|---|---|
| **Balance:** | $549 | **Pay Status:** | >Charged Off as |
| **Date Updated:** | 12/2006 | **Account Type:** | Revolving Accou |
| **High Balance:** | $549 | **Responsibility:** | Individual Accou |
| **Credit Limit:** | $300 | **Date Opened:** | 03/2006 |
| **Past Due:** | >$60< | **Date Closed:** | 12/2006 |

**Loan Type:** Credit Card
**Remark:** Account closed by credit grantor
**Estimated date that this item will be removed:** 04/2013

## COMPUTER CR SVC CORP #579665

5340 N CLARK ST
CHICAGO , IL 60640-2120
(773) 989-8800

| | | | |
|---|---|---|---|
| **Balance:** | $1,350 | **Pay Status:** | >Collection Acco |
| **Date Updated:** | 09/2006 | **Account Type:** | Open Account |
| **Original Balance:** | $1,350 | **Responsibility:** | Individual Accou |
| **Original Creditor:** | 01 MEINEKE CAR CARE CENTER | | |
| **Past Due:** | $0 | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 07/2006]
**Estimated date that this item will be removed:** 05/2013

## CORTRUST BANK #5436681007024474

500 E 60TH ST N
SIOUX FALLS , SD 57104-0478
(605) 782-3463

| | | | | |
|---|---|---|---|---|
| Balance: | $432 | Pay Status: | >Charged Off as |
| Date Updated: | 01/2007 | Account Type: | Revolving Accou |
| High Balance: | $432 | Responsibility: | Individual Accou |
| Credit Limit: | $300 | Date Opened: | 08/2006 |
| Past Due: | >$432< | Date Closed: | 12/2006 |

**Loan Type:** Credit Card
**Remark:** >Profit and loss writeoff<
**Estimated date that this item will be removed:** 08/2013

## CREDIT PROTECTION #700700801

POB 802068
DALLAS , TX 75380
(800) 255-6775

| | | | | |
|---|---|---|---|---|
| Balance: | $216 | Pay Status: | >Collection Acco |
| Date Updated: | 10/2002 | Account Type: | Open Account |
| Original Balance: | $216 | Responsibility: | Individual Accou |
| Original Creditor: | AT T BROADBAND | | |
| Past Due: | >$216< | | |

**Loan Type:** Open Account
**Remark:** >Placed for collection<
**Date placed for collection:** [ 05/2002]
**Estimated date that this item will be removed:** 10/2008

## CREDITORS COLLECTION #1591201

PO BOX 63
KANKAKEE , IL 60901-0063
(815) 933-2211

| | | | | |
|---|---|---|---|---|
| Balance: | $607 | Pay Status: | >Collection Acco |
| Date Updated: | 01/2006 | Account Type: | Open Account |
| Original Balance: | $607 | Responsibility: | Individual Accou |
| Original Creditor: | MED102 PROVENA ST JOSEPH MEDICAL C | | |
| Past Due: | >$607< | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 08/2005]
**Estimated date that this item will be removed:** 03/2012

## DIRECT LOAN SVC SYSTEM #4256346301

PO BOX 5609
GREENVILLE , TX 75403-5609
(800) 848-0979

| | | | | |
|---|---|---|---|---|
| Balance: | $0 | Pay Status: | >Collection Acco |
| Date Updated: | 03/2003 | Account Type: | Installment Acco |
| High Balance: | $18,391 | Responsibility: | Individual Accou |
| Past Due: | $0 | Date Opened: | 08/1997 |
| Terms: | $170 for 120 months | Date Closed: | 03/2003 |

**Loan Type:** Student Loan
**Remark:** >Placed for collection<
**Estimated date that this item will be removed:** 03/2009

## FJR ASSET MANAGEMENT #1160435

2855 MANGUM RD
A-100
HOUSTON , TX 77092
(866) 408-6800

| | | | | |
|---|---|---|---|---|
| Balance: | $789 | Pay Status: | >Collection Acco |
| Date Updated: | 02/2007 | Account Type: | Open Account |
| Original Balance: | $789 | Responsibility: | Individual Accou |
| Original Creditor: | 01 APLE AUTO CASH EXPRESS INC | | |
| Past Due: | >$789< | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 02/2007]
**Estimated date that this item will be removed:** 09/2013

## GC SERVICES #7737850563872

6330 GULFTON ST
HOUSTON , TX 77081-1108
(713) 777-4441

| | | | | |
|---|---|---|---|---|
| | | Pay Status: | >Collection Acco |
| Date Updated: | 02/2003 | Account Type: | Open Account |
| Original Balance: | $2,638 | Responsibility: | Individual Accou |
| Original Creditor: | 10 SBC AMERITECH | | |
| Past Due: | >$2,638< | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 09/2002]

Estimated date that this item will be removed:  06/2007

## HELLER & FRISONE #29018752584280000

| 33 N LA SALLE ST | **Balance:** | $0 | **Pay Status:** | >Payment After |
| # 1200 | **Date Updated:** | 10/2003 | | Off/Collection< |
| CHICAGO , IL 60602-2603 | **Original Balance:** | $262 | **Account Type:** | Open Account |
| (312) 236-3644 | **Original Creditor:** | TCF NATIONAL BANK | **Responsibility:** | Individual Accou |
| | **Past Due:** | $0 | **Date Closed:** | 10/2003 |
| | | | **Date Paid:** | 09/2003 |

**Loan Type:** Collection Agency Attorney
**Remark:** >Paid collection<
**Date placed for collection:** [ 07/2000]
**Estimated date that this item will be removed:**  05/2007

## I C SYSTEMS COLLECTIONS #4241723113

| PO BOX 64378 | **Balance:** | $150 | **Pay Status:** | >Collection Acco |
| SAINT PAUL , MN 55164-0378 | **Date Updated:** | 03/2007 | **Account Type:** | Open Account |
| (651) 481-6333 | **Original Balance:** | $150 | **Responsibility:** | Individual Accou |
| | **Original Creditor:** | MED102 NAPERVILLE | | |
| | | SURGICAL ASSOC | | |
| | **Past Due:** | >$150< | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 08/2006]
**Estimated date that this item will be removed:**  02/2013

## MARAUDER CORPORATION #5078336

| 74923 HIGHWAY 111 | **Balance:** | $1,813 | **Pay Status:** | >Collection Acco |
| INDIAN WELLS , CA 92210 | **Date Updated:** | 10/2006 | **Account Type:** | Open Account |
| (760) 423-1111 | **Original Balance:** | $725 | **Responsibility:** | Individual Accou |
| | **Original Creditor:** | 12 QC FINANCIAL FSS FEE | | |
| | | STATES | | |
| | **Past Due:** | $0 | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 11/2004]
**Estimated date that this item will be removed:**  08/2011

## MED COLLECTIONS SERVICES #1634820

| 725 S WELLS ST | **Balance:** | $100 | **Pay Status:** | >Collection Acco |
| STE 700 | **Date Updated:** | 01/2007 | **Account Type:** | Open Account |
| CHICAGO , IL 60607-4521 | **Original Balance:** | $100 | **Responsibility:** | Individual Accou |
| (312) 922-3000 | **Original Creditor:** | MED1EVERGREEN EMERGENCY | **Date Closed:** | 10/2004 |
| | | SERVICES | | |
| | **Past Due:** | >$100< | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 10/2004]
**Estimated date that this item will be removed:**  04/2011

## MIDLAND CREDTI MGMT INC #8521758759

| 8875 AERO DR STE 2 | **Balance:** | $555 | **Pay Status:** | >Collection Acco |
| SAN DIEGO , CA 92123 | **Date Updated:** | 03/2007 | **Account Type:** | Open Account |
| (800) 265-8825 | **Original Balance:** | $550 | **Responsibility:** | Individual Accou |
| | **Original Creditor:** | ASPIRE VISA | | |
| | **Past Due:** | >$555< | | |

**Loan Type:** Factoring Company Account
**Remark:** >Placed for collection<
**Date placed for collection:** [ 02/2007]
**Estimated date that this item will be removed:**  06/2013

## PROFESSIONAL ACCOUNT MGM #3823334

2040 W WISCONSIN A
MILWAUKEE , WI 53233
Phone number not available

| | | | |
|---|---|---|---|
| Balance: | $55 | Pay Status: | >Collection Acco |
| Date Updated: | 03/2004 | Account Type: | Open Account |
| Original Balance: | $55 | Responsibility: | Individual Accoun |
| Original Creditor: | TCF BANK | | |
| Past Due: | >$55< | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 12/2003]
**Estimated date that this item will be removed:**  07/2010

## PROFESSIONAL RECOVERY SY #209195

600 17TH ST #2600
DENVER , CO 80202-5402
(800) 308-5101

| | | | |
|---|---|---|---|
| Balance: | $1,210 | Pay Status: | >Collection Acco |
| Date Updated: | 02/2006 | Account Type: | Open Account |
| Original Balance: | $1,210 | Responsibility: | Individual Accoun |
| Original Creditor: | 01 A SUBSIDIARY OF BALLYS | | |
| Past Due: | >$1,210< | | |

**Loan Type:** Open Account
**Remark:** >Placed for collection<
**Date placed for collection:** [ 11/2005]
**Estimated date that this item will be removed:**  09/2011

## UNITED AUTO CREDIT CORP #35135000606

3990 WESTERLY PL
STE 200
NEWPORT BEACH , CA 92660
(949) 224-1900

| | | | |
|---|---|---|---|
| Balance: | $5,712 | Pay Status: | >Charged Off as |
| Date Updated: | 02/2007 | Account Type: | Installment Acco |
| High Balance: | $4,224 | Responsibility: | Individual Accoun |
| Past Due: | $0 | Date Opened: | 07/2004 |
| Terms: | $252 for 48 months | Date Closed: | 01/2005 |

**Loan Type:** Automobile
**Remark:** >Profit and loss writeoff<
**Estimated date that this item will be removed:**  06/2011

## US DEPT OF EDUCATION #32003050122904010

PO BOX 4222
IOWA CITY , IA 52244-4222
Phone number not available

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | >Payment After |
| Date Updated: | 05/2003 | | Off/Collection< |
| High Balance: | $2,625 | Account Type: | Installment Acco |
| Collateral: | 07 US DEPARTMENT OF EDUCATION | Responsibility: | Individual Accoun |
| | | Date Opened: | 01/2000 |
| Past Due: | $0 | Date Closed: | 05/2003 |
| Terms: | $0 for 36 months | | |

**Loan Type:** Student Loan
**Remark:** Account closed due to refinance
**Estimated date that this item will be removed:**  04/2010

## US DEPT OF EDUCATION #32003050122905020

PO BOX 4222
IOWA CITY , IA 52244-4222
Phone number not available

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | >Payment After |
| Date Updated: | 05/2003 | | Off/Collection< |
| High Balance: | $2,625 | Account Type: | Installment Acco |
| Collateral: | 07 US DEPARTMENT OF EDUCATION | Responsibility: | Individual Accoun |
| | | Date Opened: | 11/2000 |
| Past Due: | $0 | Date Closed: | 05/2003 |
| Terms: | $0 for 36 months | | |

**Loan Type:** Student Loan
**Remark:** Account closed due to refinance
**Estimated date that this item will be removed:**  04/2010

## US DEPT OF EDUCATION #32003050122906040

PO BOX 4222
IOWA CITY , IA 52244-4222
Phone number not available

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | >Payment After Off/Collection< |
| **Date Updated:** | 05/2003 | | |
| **High Balance:** | $264 | **Account Type:** | Installment Acco |
| **Collateral:** | 07 US DEPARTMENT OF EDUCATION | **Responsibility:** | Individual Accou |
| | | **Date Opened:** | 08/1997 |
| **Past Due:** | $0 | **Date Closed:** | 05/2003 |
| **Terms:** | $0 for 36 months | | |

**Loan Type:** Student Loan
**Remark:** Account closed due to refinance
**Estimated date that this item will be removed:** 04/2010

## US DEPT OF EDUCATION #32003050122907050

PO BOX 4222
IOWA CITY , IA 52244-4222
Phone number not available

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | >Payment After Off/Collection< |
| **Date Updated:** | 05/2003 | | |
| **High Balance:** | $264 | **Account Type:** | Installment Acco |
| **Collateral:** | 07 US DEPARTMENT OF EDUCATION | **Responsibility:** | Individual Accou |
| | | **Date Opened:** | 08/1997 |
| **Past Due:** | $0 | **Date Closed:** | 05/2003 |
| **Terms:** | $0 for 36 months | | |

**Loan Type:** Student Loan
**Remark:** Account closed due to refinance
**Estimated date that this item will be removed:** 04/2010

## US DEPT OF EDUCATION #32003050122908060

PO BOX 4222
IOWA CITY , IA 52244-4222
Phone number not available

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | >Payment After Off/Collection< |
| **Date Updated:** | 05/2003 | | |
| **High Balance:** | $3,500 | **Account Type:** | Installment Acco |
| **Collateral:** | 07 US DEPARTMENT OF EDUCATION | **Responsibility:** | Individual Accou |
| | | **Date Opened:** | 12/1998 |
| **Past Due:** | $0 | **Date Closed:** | 05/2003 |
| **Terms:** | $0 for 36 months | | |

**Loan Type:** Student Loan
**Remark:** Account closed due to refinance
**Estimated date that this item will be removed:** 04/2010

## US DEPT OF EDUCATION #32003050122909070

PO BOX 4222
IOWA CITY , IA 52244-4222
Phone number not available

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | >Payment After Off/Collection< |
| **Date Updated:** | 05/2003 | | |
| **High Balance:** | $4,000 | **Account Type:** | Installment Acco |
| **Collateral:** | 07 US DEPARTMENT OF EDUCATION | **Responsibility:** | Individual Accou |
| | | **Date Opened:** | 11/2000 |
| **Past Due:** | $0 | **Date Closed:** | 05/2003 |
| **Terms:** | $0 for 36 months | | |

**Loan Type:** Student Loan
**Remark:** Account closed due to refinance
**Estimated date that this item will be removed:** 04/2010

## US DEPT OF EDUCATION #32003050122910080

PO BOX 4222
IOWA CITY , IA 52244-4222
Phone number not available

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | >Payment After Off/Collection< |
| **Date Updated:** | 05/2003 | | |
| **High Balance:** | $1,049 | **Account Type:** | Installment Acco |
| **Collateral:** | 07 US DEPARTMENT OF EDUCATION | **Responsibility:** | Individual Accou |
| | | **Date Opened:** | 08/1997 |
| **Past Due:** | $0 | **Date Closed:** | 05/2003 |
| **Terms:** | $0 for 36 months | | |

**Loan Type:** Student Loan
**Remark:** Account closed due to refinance
**Estimated date that this item will be removed:** 04/2010

## US DEPT OF EDUCATION #32003050122911090

PO BOX 4222
IOWA CITY , IA 52244-4222
Phone number not available

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | >Payment After |
| **Date Updated:** | 05/2003 | | Off/Collection< |
| **High Balance:** | $1,048 | **Account Type:** | Installment Acco |
| **Collateral:** | 07 US DEPARTMENT OF | **Responsibility:** | Individual Accou |
| | EDUCATION | **Date Opened:** | 08/1997 |
| **Past Due:** | $0 | **Date Closed:** | 05/2003 |
| **Terms:** | $0 for 36 months | | |

**Loan Type:** Student Loan
**Remark:** Account closed due to refinance
**Estimated date that this item will be removed:** 04/2010

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protectio

### AMERICA'S FINANCIAL CHOI #4200200640

2 W. MADISON ST.
SUITE 200
OAK PARK , IL 60302
(708) 524-5000

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Unrated |
| **Date Updated:** | 01/2004 | **Account Type:** | Installment Acco |
| **High Balance:** | $750 | **Responsibility:** | Individual Accou |
| **Past Due:** | $0 | **Date Opened:** | 10/2003 |
| **Terms:** | $143 for 8 months | **Date Closed:** | 01/2004 |

**Loan Type:** Automobile
**Remark:** Closed

**Late Payments**
43 months

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

### AMERICA'S FINANCIAL CHOI #4200200932

2 W. MADISON ST.
SUITE 200
OAK PARK , IL 60302
(708) 524-5000

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Unrated |
| **Date Updated:** | 11/2004 | **Account Type:** | Installment Acco |
| **High Balance:** | $1,000 | **Responsibility:** | Individual Accou |
| **Past Due:** | $0 | **Date Opened:** | 01/2004 |
| **Terms:** | $190 for 8 months | **Date Closed:** | 11/2004 |

**Loan Type:** Automobile
**Remark:** Closed

**Late Payments**
48 months

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

### CAPITAL CREDIT ALLIANCE #7000010003490490

1050 E SAHARA AVE
SUITE 200
LAS VEGAS , NV 89104-3204
(800) 760-4045

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as |
| **Date Updated:** | 06/2004 | **Account Type:** | Revolving Accoun |
| **High Balance:** | $8,500 | **Responsibility:** | Individual Accou |
| **Credit Limit:** | $8,400 | **Date Opened:** | 01/2004 |
| **Past Due:** | $0 | | |

**Loan Type:** Credit Card

**Late Payments**
6 months

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

Last 6
Months

| OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|
| may | apr | mar | feb | '04 | dec |

### CHASE BANK USA NA #5466724820002021

800 BROOKSEDGE BLV
WESTERVILLE , OH 43081
(800) 945-2006

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as |
| **Date Updated:** | 05/2006 | **Account Type:** | Revolving Accoun |
| **High Balance:** | $0 | **Responsibility:** | Authorized Accou |
| **Credit Limit:** | $2,500 | **Date Opened:** | 01/2005 |
| **Past Due:** | $0 | **Date Closed:** | 01/2006 |

**Loan Type:** Credit Card
**Remark:** Account closed by consumer

**Late Payments**

| 15 months | | Last 15 | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |
|---|---|---|---|
| **30** **60** **90** | | Months | apr mar feb '06 dec nov oct sep aug jul jun may apr mar feb |
| 0   0   0 | | | |

## CMG CREDIT #8103400280101352

1 MILLENNIUM DR
UNIONTOWN , PA 15401-6408
(724) 437-3707

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | Paid or Paying as |
| Date Updated: | 04/2004 | Account Type: | Revolving Accoun |
| High Balance: | $0 | Responsibility: | Individual Accoun |
| Credit Limit: | $7,500 | Date Opened: | 01/2004 |
| Past Due: | $0 | | |

**Loan Type:** Credit Card

| Late Payments | | Last 1 | OK |
|---|---|---|---|
| 1 months | | Months | mar |
| **30** **60** **90** | | | |
| 0   0   0 | | | |

## DIRECT LOAN SVC SYSTEM #4256346302

PO BOX 5609
GREENVILLE , TX 75403-5609
(800) 848-0979

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | Paid or Paying as |
| Date Updated: | 08/2006 | Account Type: | Installment Acco |
| High Balance: | $20,141 | Responsibility: | Individual Accoun |
| Past Due: | $0 | Date Opened: | 03/2005 |
| Terms: | $150 for 148 months | Date Closed: | 08/2006 |

**Loan Type:** Student Loan
**Remark:** Closed

| Late Payments | | Last 16 | OK OK OK X X X X X X X X X OK OK OK |
|---|---|---|---|
| 17 months | | Months | jul jun may apr mar feb '06 dec nov oct sep aug jul jun may apr |
| **30** **60** **90** | | | |
| 0   0   0 | | | |

## FIRST PREMIER BANK #5178007251102877

900 W DELAWARE ST
SIOUX FALLS , SD 57104-0347
(800) 987-5521

| | | | |
|---|---|---|---|
| Balance: | | Pay Status: | Paid or Paying as |
| Date Updated: | 09/2003 | Account Type: | Revolving Accoun |
| High Balance: | $402 | Responsibility: | Authorized Accou |
| Credit Limit: | $400 | Date Opened: | 06/2003 |
| Past Due: | $0 | | |

**Loan Type:** Credit Card

| Late Payments | | Last 3 | OK OK OK |
|---|---|---|---|
| 3 months | | Months | aug jul jun |
| **30** **60** **90** | | | |
| 0   0   0 | | | |

## GREENWICH FINANCE LLC #1716783

380 W PALATINE
WHEELING , IL 60090
(847) 599-1155

| | | | |
|---|---|---|---|
| Balance: | $7,279 | Pay Status: | Paid or Paying as |
| Date Updated: | 02/2007 | Account Type: | Installment Acco |
| High Balance: | $7,478 | Responsibility: | Individual Accoun |
| Past Due: | $0 | Date Opened: | 07/2006 |
| Terms: | $151 for 77 months | | |

**Loan Type:** Automobile

| Late Payments | | Last 7 | OK OK OK OK OK OK OK |
|---|---|---|---|
| 7 months | | Months | '07 dec nov oct sep aug jul |
| **30** **60** **90** | | | |
| 0   0   0 | | | |

## NEXT CARD #4259950003083991

PO BOX 922968
NORCROSS , GA 30010-2968
Phone number not available

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | Paid or Paying as |
| Date Updated: | 08/2001 | Account Type: | Revolving Accoun |
| High Balance: | $350 | Responsibility: | Individual Accoun |
| Credit Limit: | $300 | Date Opened: | 05/2001 |
| Past Due: | $0 | Date Closed: | 07/2001 |

**Loan Type:** Credit Card
**Remark:** Account closed by consumer

PO BOX NO.
DENVER, CO 80217
============================
PERSONAL & CONFIDENTIAL
Return Service Requested

**st** 877-407-4764

# First Revenue Assurance

August 7, 2007

Your Account No.: 7679751
You Owe: AT&T MOBILITY, frmly Cingular
Balance: $3090.75

2289 - 2940

22897679751
STACY DIGGS
322 WHIDAH COURT
SCHAUMBURG IL 60194-4327
IaIIaIIaaaIIIaIaaIaIaaIIaaIIIaIaaIaIaaIIIaaI

**Visit our web site www.firstrevenue.com**
**Make a payment, set up a payment plan,**
**report important information regarding your**
**account.**

---

## THIS IS A DEMAND FOR PAYMENT IN FULL

The above referenced account remains your obligation until it has been paid in full.

To avoid further collection efforts, send the balance in full. You may also call our office to set up an autopay to expedite credit to your account.

If you are unable to do so, please contact our office to discuss appropriate payment arrangements.

---

*This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.*
PLEASE MAIL ALL CORRESPONDENCE TO PO BOX 5818, DENVER, CO 80217
☏ IMPORTANT: Please have this reference number handy when calling our office # 7679751 ☏
OFFICE HOURS: MONDAY-THURSDAY 7:00AM-8:00PM, FRIDAY 7:00AM-5:00PM MST

------------------------------------------------------------------
PLEASE DETACH AND ENCLOSE THE LOWER PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED.

NU

Send correspondence to above address.

| IF YOU WISH TO PAY BY VISA OR MASTERCARD, PLEASE CALL OUR OFFICE OR VISIT OUR WEBSITE AT www.firstrevenue.com |
| VISA **VISA**     MASTERCARD  |

Creditor: AT&T MOBILITY, frmly Cingular
Amount Due: $3090.75
Account No.: 7679751
Client Ref #: 280054391
Amount Enclosed: _____

**SEND ONLY PAYMENTS TO THIS ADDRESS:**

STACY DIGGS
322 WHIDAH COURT
SCHAUMBURG IL 601944327

7679751 1426
FIRST REVENUE ASSURANCE
PO BOX 3020
ALBUQUERQUE NM 87110
IIaIIaIaaIIaaIIIaaI

5701100076797510000001426000030907 58



2289-2940  CBR2  r

## Illinois Tollway
## Notice of Toll Violation
**Payments: By Phone, mail or online at www.illinoistollway.com**
**1-800-824-7277 / 1-630-241-7302 - T.D.D.**

Respondent(s):

STACY A DIGGS
DIGGS
30W041 GRANADA CT. APT 101
NAPERVILLE, IL 60563
llIlllllllllllllllllllIllllllllllllllllllllllllllllllllll



115096024

| | |
|---|---|
| Notice Number: | VN07008375 |
| License Plate/Type: | 377G820 (IL) - TEMP |
| Issue Date: | September 04, 2007 |
| Due Date: | September 25, 2007 |
| Amount Due: | $333.20 |

Your vehicle has been recorded by the Illinois Tollway's violation enforcement camera system for non-payment of the proper tolls. Within 21 days of the issue date of this notice you must either: pay the total amount due or request a hearing to contest the violations. If you had a valid I-PASS account in good standing, at the time of these violations, you do not need to schedule a hearing. The photo in the upper right corner of this page is representative of one of the alleged violation occurrences. Photos & documentation of all occurrences are available for inspection (see additional information below).

Section 10/10(a-5) of The Illinois Toll Highway Act and sections 2520.269(e) and 2520.750 of the Illinois Administrative Code authorizes The Illinois Tollway to adjudicate toll evasion violations administratively and assess a mandatory fine of $20.00 per violation against the registered owner of a vehicle that has been recorded as failing to pay the proper toll.

Failure to respond to this notice within 21 days shall be deemed as an admission of liability and a waiver of your right to a hearing and shall result in a Final Order of Liability being issued against you, by default, for the total amount due. Failure to satisfy any fines or penalties within 14 days after the entry of a Final Order of Liability, resulting by default or contest, shall result in an additional fine of $50.00 per liable violation. Failure to satisfy any fines or penalties after the entry of a Final Order(s) of Liability for 5 or more violations shall result in the Tollway petitioning the Secretary of State for suspension of your vehicle registration and/or driver's license and possible forwarding of this matter to a private agency or law firm for collection action.

**I-PASS PATRONS:** You may have received this notice if your account is not up to date with all current vehicle information. **YOU DO NOT NEED TO SCHEDULE A HEARING.** Call 1-800-824-7277 / 1-630-241-7302 - T.D.D. and a representative will assist you. Please have your I-PASS account number, notice number and license plate number available when you call.

Additional Information:
HEARING/EVIDENCE REVIEW: The purpose of a hearing is solely to determine whether or not a violation has occurred. The hearing officer does not have the legal authority to negotiate, waive or lessen the mandatory fine amount, extend the mandatory payment period or grant a payment plan.

Toll evasion is a public, strict liability and vicarious liability violation. Therefore the following are not legal defenses or mitigating factors under Illinois law: (1) the violation notice wasn't mailed sooner, (2) the driver did not intend to miss the payment or go through an I-PASS lane; or (3) someone else was driving the vehicle.

If you wish to contest these violations or review all photos and documentation prior to a hearing please call 1-800-824-7277 / 1-630-241-7302 - T.D.D. to schedule a hearing and/or an evidence package review. Please have your name and license plate number available when you call.

DISPUTES: Sold vehicles, stolen vehicles or license plates, or commercial leased/rented vehicles please call  1-800-824-7277 / 1-630-241-7302 - T.D.D..

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Return Coupon with your Payment To: Illinois Tollway, P.O. Box 5201, Lisle, IL  60532-5201

Respondent(s):
STACY A DIGGS
DIGGS
30W041 GRANADA CT. APT 101
NAPERVILLE, IL 60563

Notice Number:     VN07008375

Amount Due:     $333.20

Make Cashiers Check or Money Order Payable to: The Illinois Tollway

_____ Amex _____ Visa _____ MasterCard _____ Discover

Credit Card #: _____ Exp. Date: _____

Billing Address of Card if different than address on notice: _____

Payment Amount: _____

Plate #: 377G820 (IL) - TEMP

Name on Card: _____

**mcm**

P.O. Box 939019
San Diego, CA  92193-9019

ADDRESS SERVICE REQUESTED

07-04-2007

#BWNHLTH
#0000 0852 1758 7592#
STACY A DIGGS
322 WHIDAH CT
SCHAUMBURG, IL 60194-4327

1651-24314

## Settlement Opportunity

| | |
|---|---|
| Contact Information: | Tel (800) 282-2644 |
| | Fax (800) 306-4443 |
| Hours of Operation: | M-Th 6am - 7pm; Fri 6am - 5pm; |
| | Sat 6am - Noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | ASPIRE VISA |
| Original Account No: | 4106360019963654 |
| MCM Account No: | 8521758759 |
| Current Balance: | $563.77 |
| Payment Due Date: | 08-03-2007 |
| Letter Code: | 07057010 |

Dear STACY A DIGGS,

You won't want to miss this settlement opportunity offered to you by Midland Credit Management, Inc., servicer of the above referenced account.

Recognizing that you may have gone through some financial difficulty and have been unable to satisfy your account we would like to offer you a **positive and flexible option** to resolve your account for 10% off the Current Balance.

**If we receive payment by 08-03-2007 in the amount of**
**$507.39, we will consider the account balance paid in full!**

**CALL NOW!** To take advantage of this opportunity, please contact us **TOLL-FREE at (800) 282-2644** and any of our Account Managers will be able to assist you.

**MAIL!** You may prefer to settle your Current Balance by using the Acceptance Certificate below. Simply detach the form and enclose it with your $507.39 payment in the envelope provided. In order to receive payment by 08-03-2007, please mail no later than 07-29-2007.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,
A. Syran
Senior Vice President, Operations & Marketing

*Please tear off and return lower portion with payment in envelope provided*

## Acceptance Certificate

| | |
|---|---|
| MCM Account Number: | 8521758759 |
| Current Balance: | $563.77 |
| **Amount Due:** | **$507.39** |
| Make Check Payable to: | Midland Credit Management, Inc. |
| **Payment Due Date:** | **08-03-2007** |

STACY A DIGGS
322 WHIDAH CT
SCHAUMBURG, IL 60194-4327

**mcm**
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

12 8521758759 2 0050739 080307 9

24314

5G70

MCM-101

# Asset Acceptance LLC

Toll Free 800-545-9931 Ext. 6631
LOCAL: 586-939-9600
LOCAL OFFICE: Warren, MI

RE:
**UNIVERSAL CARD**

| | |
|---|---|
| Client Account #: | 5398830001826543 |
| Asset Acceptance LLC Acct: | 24819105 |
| Current Balance: | $858.42 |
| Settlement Balance: | $600.89 |
| Expiration Date: | February 28, 2006 |

**30% DISCOUNT!!**
**SEE BELOW FOR DETAILS**

| | |
|---|---|
| Current Balance: | $858.42 |
| Settlement Balance: | $600.89 |
| **That's a Savings of:** | **$257.53** |

Dear STACY A DIGGS:

### INCOME TAX REFUND TIME

February is a great time to save money by using your INCOME TAX REFUND or end of year bonus check. Did you know that you may be able to get a RAPID REFUND through your tax preparer?

Have a credit card? Pay quick and easy online with either your checking account or **CREDIT CARD.** You can now go to **www.paymybill.com**. Your User ID is: 0271627. Your password is: 24819105.

Have a checking account? Call us to schedule a check by phone.

In addition, once your account is settled, we will:

    Provide you with a paid account letter and close out the account.

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined above is only guaranteed through the above referenced date. After that time, we reserve the right to modify the settlement offer, or revoke the offer entirely.

This offer is void if settlement arrangements have already been made.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,
PERRY BALDWIN – Phone: Toll Free 800-545-9931 Ext. 6631
Debt Collector
Asset Acceptance LLC

MCSASSE036407AACMI

\*\*\*Detach Lower Portion and Return with Payment\*\*\*



PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance LLC Acct: 24819105
| | |
|---|---|
| Current Balance: | $858.42 |
| Settlement Balance: | $600.89 |
| Expiration Date: | February 28, 2006 |

February 3, 2006

ASSET ACCEPTANCE LLC
PO Box 2036
Warren MI 48090-2036

#BWNHKKF
#0000000248191058#  941072 8626   24819105-6407

STACY A DIGGS
8636 W 85th St Apt 209
Justice IL 60458-2171

Department #7505
P.O. Box 1259
OAKS, PA 19456

ESTABLISHED 1896
INCORPORATED 1899

EXECUTIVE OFFICES
223 W. JACKSON BLVD
CHICAGO, ILLINOIS 60606

Office Hours: Central Standard Time:
 M-TH 8AM-8PM;FR 8AM-5PM;SA 8AM-12PM
Telephone: (888) 249-3811/ (888) 249-3811 EXT 3618
09/07/07

9896 - 1281

MEMBER OF THE AMERICAN
COLLECTORS ASSOCIATION

ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals

Our File#:      08-072470961
Our Client:     EDWARD HOSPITAL
Patient Name:   JOE C JUNIOR BURNS

STACY DIGGS
322 WHIDAH CT
SCHAUMBURG IL  60194-4327

| Account/Service# | Amount | TOTAL |
|---|---|---|
|  |  | * * * * * * * * * * |
| E036872562 | 39,270.50 | $ 46,795.90 |
| E037241213 | 7,328.45 | * * * * * * * * * * |
| E037402633 | 196.95 |  |

Please be advised we represent the above-mentioned client. We are a licensed and bonded collection agency. We have been assigned the task of collecting the balance due. Your rights under Public Law 95-109 Title VIII are stated at the bottom of this letter. This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Our client's records indicate they have applied any insurance proceeds expected and this balance is your responsibility. We hope you will take this opportunity to respond and resolve this account. If you respond to this letter within 30 days of receipt of it and work with us to resolve this account, we:

* will be happy to work with you in a courteous, professional manner.
* can help you if you think your insurance company has not paid properly.
* may stop our collection efforts.

Please call us or mail your payment and/or correspondence using the enclosed envelope. To insure proper credit to your account direct all inquiries and payments to our office. Be sure to reference our file number.

Sincerely,

06 MS. BROWN
06 MS. BROWN

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain a verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

08CD01U2-OFF

Name: STACY DIGGS
Our File #:      08-072470961

☐ Opt-out Notice Description: Checks received in our office may be electronically processed. This is a more secure process for our customers in that the check information cannot be seen by anyone after the payment is electronically converted. You may elect to not have your check processed electronically by checking the box provided.

You can now pay by automated phone system or over the Internet!
Pay by phone at 866-294-0331 or on the web at www.paymybill.com.
Enter 1791441 as your User ID-Access Code.
Enter 08-072470961 as your password.

MERCHANTS' CREDIT GUIDE CO.
223 W. JACKSON BLVD
CHICAGO, ILLINOIS 60606

PAP-585-A-0

9896 - 1281



## ALEXIAN BROTHERS
### St. Alexius Medical Center

1555 Barrington Road, Hoffman Estates, Illinois 60169
847.843.2000

09/18/07

STACY DIGGS
322 WHIDAH CT
SCHAUMBURG IL 60194-4327

RE:  PATIENT NAME:    STACY DIGGS
     ACCOUNT NO.:     F00024314775
     SERVICE DATE:    09/15/07
     BALANCE:         $3105.00

To Our Valued Patient

This is regarding your bill for medical care at St. Alexius Medical Center.
The above amount reflects your balance to date.  There may be additional
charges when your acccount final bills.

We are concerned because you do not have health insurance to help pay
your bill. We find that many uninsured patients are unaware of the options that
are available to help in the resolution of accounts.

In order to resolve your account we would be more than happy to discuss a monthly
payment arrangement.  Please contact us any business day Monday through Friday
to set your account up on a monthly payment plan.

If you cannot pay your bill at all, there is another option you may wish to
consider. We provide an assistance program whereby patients who are in
need of financial aid to pay their hospital bills are screened for
acceptance in the program.  Some financial documents are required for the
application process.  If you qualify, the hospital absorbs all or part
of the cost of the patients hospital bill.

If you feel you would qualify for such a program based on annual income,
family size or because you have other large outstanding medical bills,
please contact one of our financial counselors. They will be happy to
discuss the program and outline the application process.

We hope we can come to a satisfactory resolution to the matter of this
financial obligation to the medical center.

Sincerely,

Patient Financial Services Department
St. Alexius Medical Center
(847) 843-4040                                              L AA OFFER



ST. Alexius Medical Center

1555 Barrington Road Hoffman Estates, IL 60194

August 30, 2007

Account Number:  **F00022100028**
Guarantor:  **Stacy Diggs**
Patient:      **Stacy Diggs**
Discharge/Service Date: **06/02/2007**
Current Balance:    **$ 96.90**

Stacy Diggs
322 Whidah Ct
Schaumburg IL 60194-4327

# FINAL DEMAND!

Dear Stacy Diggs:

Over the past month, the Customer Service Department of Saint Alexius Medical Center has attempted to resolve this outstanding balance with you.

**This is a demand for immediate payment in full on or before ten (10) days from this date of notice. Thereafter, this account may be placed with a collection agency without further notice. Please respond by such time to avoid this action.**

In the event that you have already sent payment, please disregard this notice.

Customer Service Department
Saint Alexius Medical Center
Toll-free: 1-877-409-8417
Monday through Friday, 7 a.m. to 7:00 p.m.

***Detach Lower Portion And Return With Payment***

CCSRECS012615(REV 5-18-06)

| Check # | Amt Paid | CIRCLE CARD USING FOR PAYMENT |
|---|---|---|
| | | CARD NUMBER |

| Balance | 3 DIGIT SECURITY CODE (on back of card) | EXP DATE |
|---|---|---|
| **$ 96.90** | SIGNATURE | AMOUNT PAID $ |
| | PHONE NUMBER  (REQUIRED) | |

21219 Network Place
Chicago IL 60673-1212
RETURN SERVICE REQUESTED

August 30, 2007

F00022100028-2615    0262008    0008191

Stacy Diggs
322 Whidah Ct
Schaumburg IL 60194-4327

ST. ALEXIUS MEDICAL CENTER
21219 Network Place
Chicago IL 60673-1212

Account Number:  **F00022100028**
Guarantor:  **Stacy Diggs**
Patient:      **Stacy Diggs**
Discharge/Service Date:  **06/02/2007**

*Arnold Scott Harris, P.C.*
*Attorneys at Law*

**600 W. Jackson Blvd., Suite 720**
**Chicago, IL 60661**
**(866)354-0385**

July 6, 2007

**Re:  Illinois Department of Revenue**
**Amount Due:  $1827.29**

31586735
Stacy A Diggs
322 Whidah Ct
Schaumburg, IL 60194-4327

| See other side for itemization by tax year. | |
| --- | --- |
| Income Tax Amount: | $954.00 |
| Interest Amount: | $156.77 |
| Penalty Amount: | $316.80 |
| Collection Fee Amount: | $399.72 |
| **Total Amount Due:** | **$1827.29** |

Please see other side to pay by mail using your credit card, check or money order.

# Claim Investigation Initiated

To: Stacy A Diggs

Your failure to pay this debt due to the Illinois Department of Revenue has left us with no alternative but to conduct an internal investigation.  This investigation may include the submission of your name, address, and social security number to our various resources to determine your location of assets, the extent of your liabilities, and your resources for payment.  Once we complete our internal investigation and review your assets and liabilities, we may then have our client consider additional remedies to recover the balance due.

**BE ADVISED**

**If a law suit is filed against you and a judgment is obtained, you may risk the following actions:**

- **Garnishment of your salary or bank accounts.**
- **Citation to Discover Assets:**  This is a court order requiring your appearance, to examine you under oath, to answer questions as to what asset you may have.

**The State of Illinois may also take the following actions:**

- **Levy of any personal assets, income, or property.**
- **Non-renewal or revocation of your professional license.**
- **Filing of a tax lien against your property.**
- **Revocation or non-renewal of your Illinois Business Tax Number (IBT#).**

IBT#: It is unlawful for any person and/or a sole proprietor to engage in the business of selling tangible personal property at retail in Illinois or to withhold employee's state income tax without an IBT# and without a Certificate of Registration from the Illinois Department of Revenue.

**Our firm accepts payment using your check or credit card by phone or via the web.**

**Call our office today to resolve this matter:  (866)354-0385**

**Pay On-line:  www.Pay-Harris-Law-Firm.com**


CHECK BY PHONE



ESOI2

Arnold Scott Harris, P.C.
Attorneys At Law
600 W. Jackson Blvd., Suite 720
P.O. Box 5598
Chicago, IL 60680-5598

July 6, 2007

**Credit Card Payment**

When paying with a credit card, please fill in the following information.

Card No. 

$ 

Exp. Date 

Signature: 

By signing here I agree to the terms and conditions of this notice.

31586735                                    0009598/0025
Stacy A Diggs
322 Whidah Ct
Schaumburg, IL 60194-4327

Remit payment to:

Arnold Scott Harris, P.C.
Attorneys At Law
600 W. Jackson Blvd., Suite 720
Chicago, IL 60661

Please detach at the perforation and mail this coupon with your payment.

# Please See Other Side

**Multiple Tax Year Itemization:**

| Income Tax Year | Total Amount Due | Income Tax Amount | Interest Amount | Penalty Amount | Collection Fee |
|---|---|---|---|---|---|
| 2003 | $1,792.64 | $954.00 | $155.70 | $290.80 | $392.14 |
| 2005 | $34.65 | $0.00 | $1.07 | $26.00 | $7.58 |

ESOI2